No. 70–5107.  VISCONTI v. LAVALLEE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5108.  HAWKINS v. BREWER, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 70–5110.  BOJASKI v. HAYNES, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 70–5111.  EDGEWORTH v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 70–5113.  WYCHE v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 70–5114.  SCHOOLCRAFT v. HAYNES, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 70–5116.  BROWN v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 70–5117.  FALLANG v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 70–5119.  BAILLEAUX v. OREGON.  Ct. App. Ore. Certiorari denied.

No. 70–5120.  HELMICK v. CUPP, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 70–5121.  BRYANT v. BLACKWELL, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 70–5123.  SMITH v. MUNICIPAL COURT, OAKLAND-PIEDMONT JUDICIAL DISTRICT, ALAMEDA COUNTY.  Sup. Ct. Cal.  Certiorari denied.

No. 70–5127.  PIEZE v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.